IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KENNETH H. RICHARDSON, ) | |
| Plaintiff, ) | |
| vs. ) | No. 3:07-CV-2038-K |
| ) | ECF |
| PROCTOR AND GAMBLE, ) | |
| et al., ) | |
| Defendants. ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Accordingly, pursuant to Fed. R. Civ. P. 21, all defendants from this action except for Defendant Proctor and Gamble are hereby "dropped" sua sponte. To the extent that Plaintiff intends to pursue litigation against any dropped defendant, he must do so in a separate civil action commenced by filing a civil complaint in the proper court.

SO ORDERED.

SIGNED this 18th day of February, 2008.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE